DONE and SIGNED this 8 day of Mar., 2010

_Stephen V. Callaway_
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

FILED
MAR 8 2011
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

United States Bankruptcy Court
Western District of Louisiana
Shreveport Division

In Re: CEDRIC C. WILKERSON
MIA S. WILKERSON
SS#: xxx-xx-3116
xxx-xx-4656

Bankruptcy Case Number: 10-13687

## ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on _DECEMBER 6, 2010_. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:** The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments:**
   Total Payment(s): $_ as of _.
   Amount of each Monthly Plan Payment: _$402.00_.
   Monthly Plan Payments shall be due on the _5TH_ day of each month, beginning _JANUARY 2011_.
   Term of Plan Payments shall be: _60_ months.
   Moratorium granted for : .
   Special / Additional Provisions: Debtor(s) is required to obtain Court approval prior to entering into any contractual agreement wherein the Debtor(s) buys, sells or leases any automobile, major personal property, real property, Debtor's home, or any Debtor's oil, gas, mineral interest.

   ☐ This Plan Confirmation includes a _30 Day Drop Dead_ provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to:**
   Lucy G. Sikes,             X    Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered
   Chapter 13 Trustee              to deduct payments from the earnings of the Debtor, draw checks in the name of the Standing
   Post Office Box 2218            Trustee and mail same on or before each due date reflected above, until further Order of this Court.
   Memphis, TN 38101-2218          No Payroll Deduction is ordered.

3) **Attorney Fees:**
   The Debtor(s) attorney is awarded a fee in the amount of $ _2800.00_, of which $ _2800.00_ is due and payable from the Bankruptcy Estate without prejudice to filing a Noticed Fee Application for additional sums for services expended pre- and post- filing.

   ☐ Attorney Fees capped at $_, per Court authority.

4) **Other Provisions:**
   ☐ Debtor(s) shall file both Federal and State Income Tax Returns timely.
   ☐ Debtor(s) shall provide copies of same to the Standing Chapter 13 Trustee immediately upon filing.
   Any Compensation or reimbursement of advanced expenses for Debtor's counsel
   set forth herein that is contrary to the WDLA Bankruptcy Judges Standing
   Uniform Order of March 5, 2010, is DENIED and NOT APPROVED by this Order.

   ###

COPY SENT
Date: 3-9-11
By:
To: